IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS et al., ) ) ) Plaintiffs, ) ) vs. ) ) B&A BUILDERS, INC, ; JOHN ) DOES 1-100; JANE DOES 1-100; ) DOE CORPORATIONS 1-100; DOE ) PARTNERSHIPS 1-100; DOE ) ENTITIES 1-100; and DOE ) GOVERNMENTAL UNITS 1-100, ) ) Defendants. ) _____ ) | CIV. NO. 11-00590 ACK-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED FINDINGS AND RECOMMENDATIONS

Amended Findings and Recommendations having been filed and served on all parties via electronic notification on February 27, 2012 and via First Class Mail on February 28, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Amended Findings and Recommendations to Grant Plaintiffs' Motion for Entry of Default Judgment Against B&A Builders, Inc." are adopted as the opinion and order of this

Court.[1]

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, April 26, 2012.

_____
Alan C. Kay
Sr. United States District Judge

---

[1] The Court notes that on page 13 of the Amended Findings and Recommendation, the magistrate judge correctly cited that Plaintiff's attorney was requesting additional fees of $2,613.00, but erroneously cited that it was for 20.10 hours incurred; whereas, it was actually for an additional 13.40 hours. (See Doc. 15-1, Supplemental Declaration of Lorraine H. Akiba in Support of Plaintiff's Findings and Recommendation to Grant Motion for Entry of Default Judgment Against B&A Builders Inc., Ex. A at 1.)